UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------------------x

Carmen Soto,

                               Plaintiff,

     -v.-

Syndicated Office Systems, Inc.

d/b/a Central Financial Control

                              Defendant.

-------------------------------------------------------------------------x

Case No: 3:16-cv-00789-CSH

**STIPULATION OF DISMISSAL**

     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: May 18, 2016

| | |
|---|---|
| */s/Yaakov Saks* | */s/Aaron R. Easley* |
| Yaakov Saks, Esq. | Aaron R. Easley |
| **RC Law Group, PLLC** | **Sessions, Fishman, Nathan & Israel** |
| 285 Passaic Street | 3 Cross Creek Drive |
| Hackensack, New Jersey 07601 | Flemington, New Jersey 08822 |
| Phone: 201-282-6500 Ext. 101 | Phone: 908-237-1660 |
| YSaks@rclawgroup.com | AEasley@sessions.legal |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |